**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSOUD SHADZAD, | No. C 08-4437 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

This action is dismissed because the Teague rule bars relief on the petition for writ of habeas corpus and because petitioner did not pay the filing fee.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 18, 2008

SUSAN ILLSTON
United States District Judge